906

## JOHNSON v. STATE.
### No. 19242.

Court of Criminal Appeals of Texas.
Dec. 1, 1937.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived, the judgment of the trial court is affirmed.